**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RUBEN F. MARTINEZ, | ) | NO. CV 18-8133-PA(E) |
| Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS, |
| L. SCOTT, et al., | ) | CONCLUSIONS AND RECOMMENDATIONS |
| Defendants. | ) | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) any state law claims, retaliation claims and conspiracy claims alleged in the First Amended Complaint are dismissed without prejudice and without leave to amend; (2) the action

is dismissed without prejudice as against Defendant Blair; and

(3) Defendants Scott and Bravo are ordered to file an Answer to the Eighth Amendment claims contained in the First Amended Complaint within twenty-one (21) days of the date of the Order.

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order and the Magistrate Judge's Report and Recommendation on Plaintiff and counsel for Defendants.

DATED: January 15, 2021.

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE