**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUBEN F. MARTINEZ, | NO. CV 18-8133-PA(E) |
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS, |
| L. SCOTT, et al., | CONCLUSIONS AND RECOMMENDATIONS |
| Defendants. | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (a) Plaintiff's request for an extension of time to conduct discovery pursuant to Rule 56(d) of the Federal Rules of Civil Procedure is denied; (b) summary judgment is granted in favor

of Defendants Scott and Bravo; and (c) the action is dismissed with prejudice.

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order and the Judgment of this date on Plaintiff and counsel for Defendants.

DATED: February 27, 2022.

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE