JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RUBEN F. MARTINEZ, | ) | NO. CV 18-8133-PA(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| L. SCOTT, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: February 27, 2022.

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE